Laskowski et ux. *v.* Raucheisen et ux., Appellants.

Argued October 24, 1930.

Before TREXLER, P. J., KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

430

432

*Louis Wagner,* for appellants.

*Walter Thomas,* and with him *Joseph Ryszeleski,* for appellee.

PER CURIAM, January 30, 1931:
Defendants appeal from a judgment for the plaintiffs in ejectment. We have carefully considered the record in the light of the arguments and briefs presented and are of opinion that every thing that need be said in affirming the judgment for the plaintiffs appears in the opinion of the learned President Judge of the court below which is now adopted as the opinion of this court.
Judgment affirmed.